## IN THE SUPREME COURT OF MISSISSIPPI
## NO. 97-KA-00776-SCT

*JESSIE LEE JONES*

*v.*

*STATE OF MISSISSIPPI*

| | |
|---|---|
| DATE OF JUDGMENT: | 06/19/97 |
| TRIAL JUDGE: | HON. MARCUS D. GORDON |
| COURT FROM WHICH APPEALED: | SCOTT COUNTY CIRCUIT COURT |
| ATTORNEY FOR APPELLANT: | EDMUND J. PHILLIPS |
| ATTORNEY FOR APPELLEE: | OFFICE OF THE ATTORNEY GENERAL |
| | BY: JOLENE M. LOWRY |
| DISTRICT ATTORNEY: | KEN TURNER |
| NATURE OF THE CASE: | CRIMINAL - FELONY |
| DISPOSITION: | REVERSED AND RENDERED - 09/17/98 |
| MOTION FOR REHEARING FILED: | |
| MANDATE ISSUED: | 10/8/98 |

**BEFORE SULLIVAN, P.J., MILLS AND WALLER, JJ.**

**WALLER, JUSTICE, FOR THE COURT:**

¶1. Jessie Lee Jones ("Jones") was convicted of two counts of uttering forgery by a Scott County jury. To sustain a conviction for uttering forgery the State must prove that the instrument in question was a "forged, altered, or counterfeit instrument" and that the defendant possessed an "intent to defraud." Miss. Code Ann. § 97-21-59 (1994). The record reveals, and the State concedes, that the necessary elements were not proven at trial. Therefore, this Court has no choice but to reverse and render Jones' conviction for the two counts of uttering forgery.

**¶2. REVERSED AND RENDERED.**

**PRATHER, C.J., SULLIVAN AND PITTMAN, P.JJ., BANKS, McRAE, ROBERTS, SMITH AND MILLS, JJ., CONCUR.**